UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**NOTICE OF
DISCONTINUANCE**

---

MICHAEL J. INGBER,

**Civil Case No.
7:25-cv-09671-NSR**

*Plaintiff,*

against-

CORTNEY HOAG (f/k/a CORTNEY BROWN), THE
CITY OF POUGHKEEPSIE, and Police Officer TYLER
HOAG.

*Defendants.*

---

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _3/10/2026_ |

**Please take notice, that plaintiff hereby discontinues this action as against:**

- DUTCHESS COUNTY;
- DUTCHESS COUNTY DISTRICT ATTORNEYS OFFICE;
- CHELSEY E. JONES, DUTCHESS COUNTY ASSISTANT DISTRICT ATTORNEY;
- ANTHONY M. DeFAZIO, DUTCHESS COUNTY ASSISTANT DISTRICT ATTORNEY;
- UNIDENTIFIED JANE/JOHN DOE #1-10 DUTCHESS COUNTY EMPLOYEES, and;
- THE POUGHKEEPSIE CITY POLICE DEPARTMENT

Dated: Rye, New York
     March 9, 2026

_____/s/ank_____
By:  ALAN KACHALSKY, ESQ.
     Bar roll #: 516106
     *Attorney for Plaintiff*
     4 Peck Ave., Apt. 47C
     Rye, NY 10580
     516-557-1200
     catchsky@earthlink.net

SO ORDERED:

Dated: March 10, 2026
     White Plains, NY

_____
NELSON S. ROMÁN
United States District Judge

1